446 A.2d 697

Nixon, Appellant v. City of Philadelphia.

Argued November 18, 1981. George J. O'Neill, for appellant; Martin S. Kardon, Assistant City Solicitor, for appellee.

Before McEWEN, MONTEMURO and HOFFMAN, JJ.

Order and judgment affirmed.